UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-000215-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEBORRAH E. HUDDY,

        Defendant,

   and

DISCOVERY OUTSOURCING,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Discovery Outsourcing shall, pay to the United States the disposable wages of the Defendant held pursuant to the Writ of Application issued on January 15, 2013. IT IS FURTHER ORDERED that the garnishment shall be dismissed.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:
        Clerk of the Court
        901 19th Street, A-105
        Denver, CO 80294

Please include the following information on each check:

Name of Defendant:    Deborrah E. Huddy

Court Number:    01-CR-000215

DATED at Denver, Colorado, this 22nd day of March, 2013.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge